```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    DEAN ROBERT MOSTAD
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  NO. 2:10-mj-218 EFB
                                   )
13              Plaintiff,         )
                                   )  WAIVER OF APPEARANCE
14       v.                        )  FOR DEAN ROBERT MOSTAD
                                   )
15  DEAN ROBERT MOSTAD,            )
                                   )
16              Defendant.         )
    _____)
17
```

18       I, DEAN ROBERT MOSTAD, hereby waive the right to be present in
19  person in open court upon the hearing of any motion or other proceeding
20  in this cause, including, but not limited to, when the case is ordered
21  set for trial, when a continuance is ordered, and when any other action
22  is taken by the court before or after hearing, except upon arraignment,
23  plea, impanelment of jury, trial, and imposition of sentence.  I request
24  that the court proceed during every absence the court may permit pursuant
25  to this waiver.  I agree that my interests will be deemed represented at
26  all times by the presence of my attorney, the same as if I were
27  personally present, and I further agree to be present in court ready for
28  hearing any day and hour the court may fix in my absence.

1   I have been informed of my rights under the Speedy Trial Act, 18
2  U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays
3  under the Act without me being present.

4
5  Dated:  August 24, 2010              /s/ *Dean Robert Mostad*
                                        ─────────────────────────
6                                       DEAN ROBERT MOSTAD
                                        Defendant
7

8   I concur in Mr. Mostad's decision to waive his appearance at future
9  preliminary proceedings.

10                                      Respectfully submitted,

11                                      DANIEL J. BRODERICK
                                        Federal Defender
12

13  Dated:  August 24, 2010             /s/ T. Zindel
                                        ─────────────────────────
                                        TIMOTHY ZINDEL
14                                      Assistant Federal Defender
                                        Attorney for DEAN ROBERT MOSTAD
15
16
17

18  IT IS SO ORDERED.
19  Dated:  August 25, 2010.            [signature]
                                        ─────────────────────────
                                        EDMUND F. BRENNAN
20                                      UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

Appearance Waiver, Frisbey            2