```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    DEAN MOSTAD
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  ) No. 2:10-MJ-0218 EFB
                               )
12              Plaintiff,     ) STIPULATION AND ORDER TO CONTINUE
                               ) MOTION HEARING, TOGETHER WITH
13       v.                    ) AMENDING BRIEFING SCHEDULE
                               )
14  DEAN MOSTAD,               ) Date:  October 3, 2011
                               ) Time:  10:00 a.m.
15              Defendant.     ) Judge: Edmund F. Brennan
    _____)
16
```

17      THE PARTIES STIPULATE, through counsel, David Stevens, Assistant
18 United States Attorney, and Tim Zindel, attorney for Dean Mostad, that
19 the Court should vacate the hearing on motion to dismiss scheduled for
20 October 3, 2011, at 10:00 a.m., and reset the hearing on defendant's
21 motion to January 9, 2012, at 2:00 p.m.

22      Counsel agree that: the defendant will file motions on or before
23 November 28, 2011; the government will respond on or before December
24 19, 2011; and the defendant may reply on or before January 2, 2012.

25      The reason for this continuance is that counsel for Mr. Mostad is
26 currently on family medical leave for five weeks, returning October 17,

27

28  STIPULATION AND ORDER              1                   10-mj-0218 EFB

2011. The parties also stipulate that the Court should exclude the period from the date of this order through January 9, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Mostad's request for time to file motions outweighs the best interest of the public and Mr. Mostad in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: September 26, 2011          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ Tim Zindel
                                   _____
                                   TIM ZINDEL
                                   Assistant Federal Defender

Dated: September 26, 2011          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Tim Zindel for
                                   _____
                                   DAVID STEVENS
                                   Assistant U.S. Attorney

STIPULATION AND ORDER                      2                      10-mj-0218 EFB

**ORDER**

**IT IS SO ORDERED.** The hearing on motion to dismiss is reset for January 9, 2012, at 2:00 p.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 9, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 3161(h)(1)(D).

DATED: September 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE