1 | BENJAMIN B. WAGNER
United States Attorney
2 | ALEX LOZADA
Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | (916) 554-2806

5

6

7

8 |                IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )  Case No. 2:10-MJ-0218-EFB
                                  )
12 |           Plaintiff,          )  Stipulation to Continue Briefing
                                  )  Schedule and Hearing
13 |      v.                       )  and Order
                                  )
14 | DEAN ROBERT MOSTAD,           )
                                  )
15 |           Defendant.          )  Date:  April 23, 2012
                                  )  Time:  10:00 a.m.
16 | _____)  Judge: Hon. Edmund F. Brennan

17 |      It is hereby stipulated and agreed to between the United

18 | States through Alex Lozada, Special Assistant U.S. Attorney, and

19 | the defendant, Dean Robert Mostad, by and through his undersigned

20 | counsel, Timothy Zindel, to continue the briefing schedule and

21 | motion hearing as follows:

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1

1  Government's Opposition to Motion to Dismiss due.... March 9, 2012

2  Defendant's Reply due............................ March 28, 2012

3  Hearing..........................................April 23, 2012

4

5

6  DATED:     March 2, 2012

7                                    BENJAMIN B. WAGNER
                                     United States Attorney
8

9                                    By: /s/ Alex Lozada          :
                                         ALEX LOZADA
10                                        Special Assistant U.S. Attorney

11
                                     By: /s/ Alex Lozada for      :
12                                        TIMOTHY ZINDEL
                                          Attorney for Defendant
13

14
                                     ORDER
15
   IT IS SO ORDERED:
16
   DATED:   March 20, 2012
17
                                     EDMUND F. BRENNAN
18                                   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

                                     2