1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DEAN MOSTAD
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. 2:10-MJ-0218 EFB
                                )
14              Plaintiff,      )
                                )  **STIPULATION AND ORDER AMENDING**
15       v.                     )  **BRIEFING AND HEARING SCHEDULE**
                                )
16 DEAN MOSTAD,                 )
                                )
17              Defendant.      )
                                )  Judge: Hon. Edmund F. Brennan
18 _____)

19

20       IT IS HEREBY STIPULATED between the parties, through their
21 respective attorneys, that the schedule for briefing and hearing on
22 pretrial motions may be amended as follows:
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

1   Defendant shall file Rule 12 motions on or before May 20, 2013; the
2 government shall respond on or before June 24, 2013; an optional reply
3 brief may be filed on or before July 8, 2013; and hearing on the motion
4 shall be held on July 22, 2013, at 10:00 a.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   May 13, 2013        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated:   May 13, 2013        /s/ T. Zindel for A. Janakiram
                              ASHWIN JANAKIRAM
                              Special Assistant U.S. Attorney

**ORDER**

As amended below, the above schedule is adopted. Hearing on defendant's motions shall be held on July **15**, 2013, at 10:00 a.m.

IT IS SO ORDERED.

DATED:  May 14, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE