1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5   916-498-5700/Fax 916-498-5710

6   Attorney for Defendant
    DEAN MOSTAD

7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13   UNITED STATES OF AMERICA,     ) Case No. 2:10-MJ-0218 EFB
                                    )
14          Plaintiff,              )
                                    ) **STIPULATION AND ORDER**
15                   vs.            ) **RECHEDULING HEARING ON**
                                    ) **JUDGMENT AND SENTENCE**
16   DEAN MOSTAD,                   )
                                    )
17          Defendant.             ) Date:   November 2, 2015
                                    ) Time:   9:00 a.m.
18   _____) Judge:  Hon. Edmund F. Brennan

19

20         It is hereby stipulated and agreed between defendant, Dean

21   Mostad, and plaintiff, United States of America, that the

22   hearing on Judgment and Sentence scheduled for November 2, 2015,

23   may be continued to December 28, 2015, at 10:00 a.m.

24         The extra time is needed to complete the presentence report

25   and to afford defense counsel time to research and (if

26   appropriate) file a motion for a new trial.  The defense has

27   asked an expert to review records and to meet with Mr. Mostad to

28   determine whether Mr. Mostad, who was later committed to a state

                                   -1-

hospital for treatment, was incompetent at the time trial was held in this Court.  The parties have submitted their informal objections to the draft presentence report and agree to file any formal objections two weeks prior to sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 29, 2015          /s/ T. Zindel_____   ___
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for DEAN MOSTAD

                                  BENJAMIN WAGNER
                                  United States Attorney

Dated:  October 29, 2015          /s/ T. Zindel for E. Wong
                                  ELLIOT WONG
                                  Special Assistant U.S. Attorney


**O R D E R**


     Hearing on Judgment and Sentence is hereby continued to December 28, 2015.  The parties shall file any objections to the final presentence report by December 14, 2015.

     IT IS SO ORDERED.

Dated:  November 2, 2015
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE