**FILED**

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA**

FEB 2 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:10-MJ-00218-EFB

DEAN ROBERT MOSTAD

**ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
~~CITY    STATE    ZIP CODE~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 2/22/16                    _____
                                 DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 0 and a penalty assessment of $ 70.00 for a TOTAL AMOUNT OF: $ 70.00 within FORTHWITH. ~~days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.~~

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

☐ **CENTRAL VIOLATIONS BUREAU**
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
   or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

☐ **CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

☒ **CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 2/22/2016                   _____
                                  ~~U.S. MAGISTRATE JUDGE~~
                                  COURTROOM DEPUTY FOR
                                  MAGISTRATE JUDGE EDMUND F. BRENNAN

Clerk's Office

FPI-PET                                                                    EDCA-3