HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org

Attorney for Defendant
DEAN ROBERT MOSTAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-CR-0043 WBS |
| Plaintiff/Appellee, | |
| v. | **STIPULATION AND ORDER SCHEDULING BRIEFING AND HEARING** |
| DEAN ROBERT MOSTAD, | |
| Defendant/Appellant. | Judge:  Hon. William B. Shubb |

It is hereby stipulated and agreed between defendant (appellant) Dean R. Mostad and plaintiff (appellee) United States of America, that the hearing scheduled for May 23, 2016, may be rescheduled for September 19, 2016, at 9:00 a.m.

/////
/////
/////
/////
/////

-1-

1   The parties propose and ask the Court to adopt the
2   following schedule for briefing and hearing on Mr. Mostad's
3   appeal.
4        Opening brief due          July 18, 2016
5        Responsive brief due       August 22, 2016
6        Reply due                  September 12, 2016
7        Oral argument              **September 19, 2016, at 9:00 a.m.**

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: May 19, 2016                 /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DEAN R. MOSTAD


                                    PHILLIP A. TALBERT
                                    Acting United States Attorney

Dated: May 19, 2016                 /s/ T. Zindel for E. Wong
                                    ELLIOT WONG
                                    Special Assist. U.S. Attorney


                        **O R D E R**

     The above schedule is adopted.

     IT IS SO ORDERED.

Dated: May 20, 2016

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

-2-