HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org

Attorney for Defendant
DEAN ROBERT MOSTAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:16-CR-0043 WBS |
| Plaintiff/Appellee, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **SCHEDULING BRIEFING AND HEARING** |
| DEAN ROBERT MOSTAD, | ) |
| Defendant/Appellant. | ) Judge:  Hon. William B. Shubb |

It is hereby stipulated and agreed between defendant (appellant) Dean R. Mostad and plaintiff (appellee) United States of America, that the hearing scheduled for September 19, 2016, may be rescheduled for October 17, 2016, at 9:00 a.m.

/////

/////

/////

/////

/////

-1-

The parties propose and ask the Court to adopt the following amended schedule for briefing and hearing on Mr. Mostad's appeal.

| | |
|---|---|
| Opening brief due | August 22, 2016 |
| Responsive brief due | September 19, 2016 |
| Reply due | October 3, 2016 |
| Oral argument | **October 17, 2016, at 9:00 a.m.** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 18, 2016     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DEAN R. MOSTAD

PHILLIP A. TALBERT
Acting United States Attorney

Dated: July 18, 2016     /s/ T. Zindel for E. Wong
ELLIOT WONG
Special Assist. U.S. Attorney

**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated: July 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE