HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org


Attorney for Defendant
DEAN ROBERT MOSTAD


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) Case No.  2:16-CR-0043 WBS |
|---|---|
| Plaintiff/Appellee, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **SCHEDULING BRIEFING AND HEARING** |
| | ) |
| DEAN ROBERT MOSTAD, | ) |
| | ) Judge:  Hon. William B. Shubb |
| Defendant/Appellant. | ) |
| | ) |

It is hereby stipulated and agreed between defendant (appellant) Dean R. Mostad and plaintiff (appellee) United States of America, that the hearing scheduled for October 17, 2016, may be rescheduled for November 14, 2016, at 9:00 a.m.

/////

/////

/////

/////

/////

/////

-1-

The parties propose and ask the Court to adopt the following amended schedule for briefing and hearing on Mr. Mostad's appeal.

| | |
|---|---|
| Opening brief due | September 19, 2016 |
| Responsive brief due | October 17, 2016 |
| Reply due | October 31, 2016 |
| Oral argument | **November 14, 2016, at 9:00 a.m.** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  August 18, 2016        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for DEAN R. MOSTAD


                               PHILLIP A. TALBERT
                               Acting United States Attorney

Dated:  August 18, 2016        /s/ T. Zindel for E. Wong
                               ELLIOT WONG
                               Special Assist. U.S. Attorney


**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated:  August 18, 2016        [signature]
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE