1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy.zindel@fd.org

6  Attorney for Defendant
   DEAN ROBERT MOSTAD

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA


   UNITED STATES OF AMERICA,    ) Case No.  2:16-CR-0043 WBS
                                )
              Plaintiff/Appellee, )
                                ) **STIPULATION AND ORDER**
         v.                     ) **SCHEDULING BRIEFING AND HEARING**
                                )
   DEAN ROBERT MOSTAD,          )
                                ) Judge:  Hon. William B. Shubb
              Defendant/Appellant. )
                                )
   _____)


        It is hereby stipulated and agreed between defendant (appellant) Dean R. Mostad and plaintiff (appellee) United States of America, that the hearing scheduled for November 14, 2016, may be rescheduled for December 12, 2016, at 9:00 a.m.

   /////
   /////
   /////
   /////
   /////
   /////

                                -1-

The parties propose and ask the Court to adopt the following amended schedule for briefing and hearing on Mr. Mostad's appeal.

| | |
|---|---|
| Opening brief due | October 24, 2016 |
| Responsive brief due | November 21, 2016 |
| Reply due | December 5, 2016 |
| Oral argument | **December 12, 2016, at 9:00 a.m.** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 19, 2016    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DEAN R. MOSTAD

PHILLIP A. TALBERT
Acting United States Attorney

Dated: September 19, 2016    /s/ T. Zindel for E. Wong
ELLIOT WONG
Special Assist. U.S. Attorney

**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated: September 20, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE