HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org

Attorney for Defendant
DEAN ROBERT MOSTAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0043 WBS |
| Plaintiff/Appellee, | **STIPULATION AND ORDER SCHEDULING BRIEFING AND HEARING** |
| v. | |
| DEAN ROBERT MOSTAD, | Judge: Hon. William B. Shubb |
| Defendant/Appellant. | |

It is hereby stipulated and agreed between defendant (appellant) Dean R. Mostad and plaintiff (appellee) United States of America, that the hearing scheduled for December 12, 2016, may be rescheduled for February 27, 2017, at 9:00 a.m.

/////
/////
/////
/////
/////
/////

-1-

1  The parties propose and ask the Court to adopt the
2  following amended schedule for briefing and hearing on Mr.
3  Mostad's appeal.
4        Opening brief due        December 30, 2016
5        Responsive brief due     January 30, 2017
6        Reply due                February 13, 2017
7        Oral argument            **February 27, 2017, at 9:00 a.m.**
8
9                                 Respectfully submitted,
10                                HEATHER E. WILLIAMS
                                  Federal Defender
11
12 Dated:  November 30, 2016       /s/ T. Zindel
                                   TIMOTHY ZINDEL
13                                 Assistant Federal Defender
                                   Attorney for DEAN R. MOSTAD
14
15                                 PHILLIP A. TALBERT
                                   Acting United States Attorney
16
17 Dated:  November 30, 2016       /s/ T. Zindel for J. Lee
                                   JUSTIN LEE
18                                 Special Assist. U.S. Attorney
19
20                          **O R D E R**
21     The above schedule is adopted.
22     IT IS SO ORDERED.
23
24 Dated:  December 1, 2016
25                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
26
27
28