```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org


Attorney for Defendant
DEAN ROBERT MOSTAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff/Appellee,   )<br>                                   )<br>      v.                           )<br>                                   )<br>DEAN ROBERT MOSTAD,                )<br>                                   )<br>            Defendant/Appellant.   )<br>                                   )<br>_____) | Case No.  2:16-CR-0043 WBS<br><br>**STIPULATION AND ORDER SCHEDULING BRIEFING AND HEARING**<br><br>Judge:  Hon. William B. Shubb |

It is hereby stipulated and agreed between defendant (appellant) Dean R. Mostad and plaintiff (appellee) United States of America, that the oral argument scheduled for February 27, 2017, may be rescheduled for July 31, 2017, at 9:00 a.m.

Counsel for Mr. Mostad has arranged for this magistrate appeal to be reassigned within the Federal Defender's Office, necessitating a new briefing schedule, as follows:

/////

/////

/////

| | | |
|---|---|---|
| 1 | Opening brief due | May 22, 2017 |
| 2 | Responsive brief due | July 10, 2017 |
| 3 | Reply due | July 24, 2017 |
| 4 | Oral argument | **July 31, 2017, at 9:00 a.m.** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 13, 2017      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for DEAN R. MOSTAD


PHILLIP A. TALBERT
United States Attorney

Dated: February 13, 2017      /s/ T. Zindel for J. Lee
                              JUSTIN LEE
                              Special Assist. U.S. Attorney


**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated: February 14, 2017      WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE