```
1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CAROLYN M. WIGGIN, #182732
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   carolyn_wiggin@fd.org
5

6  Attorneys for Defendant
   DEAN ROBERT MOSTAD
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:16-CR-0043 WBS |
|---|---|
| Plaintiff/Appellee, | ) |
|  | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER SCHEDULING BRIEFING AND** |
|  | ) **HEARING** |
| DEAN ROBERT MOSTAD, | ) |
|  | ) |
| Defendant/Appellant. | ) Judge:  Hon. William B. Shubb |
|  | ) |

It is hereby stipulated and agreed between defendant (appellant) Dean R. Mostad and plaintiff (appellee) United States of America, that the oral argument scheduled for July 31, 2017, may be rescheduled for September 11, 2017, at 9:00 a.m.

Counsel for Mr. Mostad has obligations in other cases as well as travel plans, necessitating a new briefing schedule, as follows:

/////

/////

/////

-1-

| | | |
|---|---|---|
| Opening brief due | July 10, 2017 | |
| Responsive brief due | August 14, 2017 | |
| Reply due | September 4, 2017 | |
| Oral argument | **September 11, 2017, at 9:00 a.m.** | |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 26, 2017 /s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for DEAN R. MOSTAD

PHILLIP A. TALBERT
United States Attorney

Dated: April 26, 2017 /s/ Justin L. Lee
JUSTIN L. LEE
Assistant United States Attorney

**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated: April 26, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE