PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:16-CR-00043-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE |
| v. | DATE: August 14, 2017 |
| DEAN ROBERT MOSTAD, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for a briefing schedule and hearing on the defendant's appeal of the magistrate judge's decision. ECF 128. The defendant filed his opening brief on July 7, 2017. ECF 131. The United States was ordered to file a responsive brief by August 14, 2016 and a hearing was scheduled for September 11, 2017. ECF 128.

2. By this stipulation, the parties now jointly request to reset the briefing schedule and continue the hearing on the appeal as follows:

   a) The United States' answering brief shall be filed by September 15, 2017;

   b) The defendant's reply, if any, shall be filed by September 29, 2017; and

   c) The hearing on appeal shall be October 16, 2017.

IT IS SO STIPULATED

STIPULATION RE: BRIEFING SCHEDULE 1

| | |
|---|---|
| Dated: August 4, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ *ROBERT J. ARTUZ*<br>ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| Dated: August 4, 2017 | HEATHER E. WILLIANS<br>Federal Defender<br><br>/s/ *CAROLYN WIGGIN*<br>CAROLYN WIGGIN<br>Counsel for Defendant<br>Dean Robert Mostad<br><br>(*Approved via email*) |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE