| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | ROBERT J. ARTUZ |
|   | Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff |
|   | United States of America |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:16-CR-00043-WBS |
| Plaintiff, | STIPULATION and [~~proposed~~] order TO continue briefing schedule and hearing |
| v. | |
| DEAN ROBERT MOSTAD, | DATE: October 16, 2017 |
| | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for a briefing schedule and hearing on the defendant's appeal of the magistrate judge's decision. ECF 128. The defendant filed his opening brief on July 7, 2017. ECF 131. By previous stipulation and order, the United States was ordered to file a responsive brief by September 15, 2017, and a hearing was scheduled for October 16, 2017. ECF 133.

2. By this stipulation, the parties now jointly request to reset the briefing schedule and continue the hearing on the appeal as follows:

    a) The United States' answering brief shall be filed by October 13, 2017;

    b) The defendant's reply, if any, shall be filed by October 27, 2017; and

    c) The hearing on appeal shall be November 6, 2017 at 9:00 a.m.

IT IS SO STIPULATED

STIPULATION RE: BRIEFING SCHEDULE AND HEARING     1

Dated: September 14, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *ROBERT J. ARTUZ*
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: September 14, 2017

HEATHER E. WILLIAMS
Federal Defender

/s/ *CAROLYN WIGGIN*
CAROLYN WIGGIN
Counsel for Defendant
Dean Robert Mostad

(*Approved via email*)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE